# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**HENRY C. ROYSDEN,**

       **Plaintiff,**

-vs-                                  **Case No. 3:14-CV-240**

**BURGER KING CORP. #12498, et al.,**

       **Defendants.**

## ORDER

Pursuant to 28 U.S.C. § 455, the Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

The above captioned matter is hereby TRANSFERRED from the docket of the Honorable Thomas M. Rose, to the docket of the Honorable Walter Herbert Rice.

**DONE** and **ORDERED** in Dayton, Ohio, this 31st day of July, 2014.

*s/Thomas M. Rose*

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT

*s/Walter H. Rice*

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT